IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01256-WYD-CBS

VERL CHRISTIAN KINGSFORD,

    Plaintiff,

v.

SINCLAIR OIL CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Motion for Dismissal Without Prejudice, filed September 4, 2009 [#4].  Upon consideration of the motion and file in this matter, it is hereby

ORDERED that the motion is GRANTED that this matter is DISMISSED WITHOUT PREJUDICE.

    Dated:  September 8, 2009

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge